# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LUFT,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN CATES, Warden,<br><br>    Respondent. | Case No. 5:21-cv-00592-VAP (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY HABEAS PETITION** |

  In accordance with 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation (R&R) to deny the habeas petition, any pertinent records as needed, and Plaintiff's objections (ECF 23). The Court has reviewed de novo those identifiable portions of the R&R to which Plaintiff has timely and properly objected. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

  In doing so, the Court has declined to consider any arguments raised for the first time only in the objections. *See United States v. Howell*, 231 F.3d 615, 621-23 (9th Cir. 2000). It has also declined to consider objections that simply repeat arguments fully addressed but rejected in the R&R. *See Trejo Perez v. Madden*, 2020 WL 1154807, at *1 (E.D. Cal. Mar. 10, 2020) (objections that "merely repeat[] the same arguments . . . considered and found to be insufficient" require no review since they "do not meaningfully dispute the magistrate judge's findings and recommendations"); *Hagberg v.*

*Astrue*, 2009 WL 3386595, at *1 (D. Mont. Oct. 14, 2009) ("Objections to a magistrate's Findings and Recommendations are not a vehicle for the losing party to relitigate its case."). Finally, the Court has declined to consider any blanket or boilerplate objection to the final disposition recommended in the R&R. *See McCullock v. Tharratt*, 2017 WL 6398611, at *1 (S.D. Cal. Dec. 15, 2017).

Concluding that nothing in Petitioner's objections affects the material findings and conclusions in the R&R, the Court accepts the recommendation and orders that the petition under 28 U.S.C. § 2254 be DENIED. Judgment dismissing this action with prejudice will be entered accordingly.

IT IS SO ORDERED.

DATED:  02/13/23

VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE

2