JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LUFT,<br><br>            Petitioner,<br><br>    v.<br><br>BRIAN CATES, Warden,<br><br>            Respondent. | Case No. 5:21-cv-00592-VAP (SK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice.

DATED:   2/13/2023

                                                 VIRGINIA A. PHILLIPS
                                                 U.S. DISTRICT JUDGE